In the Matter of the Accounting of JOSEPH POLIZZO, as Committee of the Estate of MINNIE POLIZZO, an Incompetent. HARRISON B. WRIGHT, Individually and as Executor of JOSEPH POLIZZO, Deceased, et al., Respondents; AGNES W. TYMANN, as Administratrix of the Estate of MINNIE POLIZZO, Deceased, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

Motion for reargument or, in the alternative, to amend the remittitur denied. [See 308 N. Y. 517.]

In the Matter of MOLLIE ROSENBERG, Appellant, against CITY OF NEW YORK, Respondent.

Decided July 8, 1955.

Reargument directed at the October, 1955, session of the Court of Appeals. If the order be reversed following reargument, and the delayed filing of petitioner-appellant Mollie Rosenberg's controverted claim on November 16, 1954, be thereby sanctioned, then for all purposes, including the purpose of any action commenced by said appellant against the City of New York within the time limited by law, the claim shall be deemed to have been duly filed on November 16, 1954. [See 308 N. Y. 965.]